1

2

3

4

5               IN THE UNITED STATES DISTRICT COURT

6            FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8   DANIEL ROWE,                          1:06-cv-01171-LJO-SMS-PC

9           Plaintiff,                    ORDER VACATING FINDINGS AND
                                          RECOMMENDATIONS OF NOVEMBER
10      vs.                               20, 2008
                                          (Doc. 14.)
11  DEPARTMENT OF CORRECTIONS,
    et al.,
12          Defendants.
                                    /
13

14           Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a

15  civil rights action pursuant to 42 U.S.C. § 1983.   On November 20, 2008, the undersigned

16  entered findings and recommendations to dismiss plaintiff's case for failure to state a claim,

17  as a result of plaintiff's failure to comply with the court's order of April 28, 2005 which

18  dismissed the complaint and ordered plaintiff to file an amended complaint within thirty

19  days.  (Doc. 14.)  On November 25, 2008, plaintiff filed an amended complaint.  (Doc. 15.)

20  Due to plaintiff's submission of the amended complaint and good cause appearing, the

21  findings and recommendations of November 20, 2008 shall be vacated.

22           Based on the foregoing, IT IS HEREBY ORDERED that:

23           1.      The findings and recommendations of November 20, 2008 are

24                   VACATED; and

25           2.      The court shall screen plaintiff's amended complaint in due course.

26

27  IT IS SO ORDERED.

28  **Dated:    January 13, 2009              /s/ Sandra M. Snyder**

1          UNITED STATES MAGISTRATE JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28