# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ROWE,<br><br>    Plaintiff,<br><br>    v.<br><br>J. KURZ, MTA & D. RODRIGUEZ MTA,<br><br>    Defendants.<br>_____ / | CASE NO. 1:06-cv-01171-LJO-SMS PC<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 13) |

Plaintiff Daniel Rowe ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on August 30, 2006. The Court screened Plaintiff's original Complaint and dismissed it with leave to amend. (Doc. 13.) On November 25, 2008, Plaintiff filed his First Amended Complaint. (Doc. 15.) The Court screened Plaintiff's First Amended Complaint pursuant to 28 U.S.C. § 1915A and finds that it states a cognizable claim for relief under section 1983 against defendants J. Kurz, MTA and D. Rodriguez, MTA for deliberate indifference to his serious medical needs in violation of the Eighth Amendment. Fed. R. Civ. P. 8(a); Estelle v. Gamble, 429 U.S. 97, 106 (1976); McGuckin v. Smith, 974 F.2d 1050, 1059 (9th Cir.1991); Farmer v. Brennan, 511 U.S. 825, 834 (1994); Toguchi v. Chung, 391 F.3d 1051, 1060 (9th Cir.2004). Hamilton v. Endell, 981 F.2d 1062, 1066 (9th Cir. 1992); Ortiz v. City of Imperial, 884 F.2d 1312, 1314 (9th Cir. 1989) (per curium); Tolbert v. Eyman, 434 F.2d 625 (9th Cir. 1970; White v. Napoleon, 897 F.2d 103 (3rd Cir. 1990); Gill v. Mooney, 824 F.2d 192 (2nd Cir. 1987); Eades v. Thompson, 823 F.2d 1055 (7th Cir. 1987).

///

Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

    J. KURZ, M.T.A.

    D. RODRIGUEZ, M.T.A.

2. The Clerk of the Court shall send Plaintiff two (2) USM-285 forms, two (2) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the First Amended Complaint filed November 25, 2008.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Three (3) copies of the endorsed First Amended Complaint filed November 25, 2008.

4. Plaintiff need not attempt service on the defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   March 18, 2009**               /s/ Sandra M. Snyder
                                                            UNITED STATES MAGISTRATE JUDGE